IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:24cr441-MHT |
| | ) | (WO) |
| SHENARD KHAMARY BROOKS | ) | |

ORDER

Upon consideration of the evidence and argument
presented at the sentencing hearings on October 2 and
October 21, 2025, the submissions of the parties and the
probation department for purposes of sentencing, and the
remainder of the record, and pursuant to 18 U.S.C.
§ 3143(a), the court finds by clear and convincing
evidence that defendant Shenard Khamary Brooks is not
likely to flee or pose a danger to the safety of any
other person or the community if released with the
below-specified conditions under 18 U.S.C. § 3142(c).

Brooks has been incarcerated for over three years.
During this time, he has not had any disciplinary issues
and completed several courses and obtained his GED.

Moreover, Brooks has also been in sustained remission for substance-abuse issues and expressed remorse for his prior actions as well as a strong desire to avoid future legal issues.

***

Accordingly, it is ORDERED that:

(1) Defendant Shenard Khamary Brooks's sentencing is continued generally pending his successful completion of a 12-month residential treatment program at the Tuscumbia campus of Life House University.

(2) Pursuant to 18 U.S.C. §§ 3143(a) and 3142(c), defendant Brooks shall be released pending sentencing on the condition that he successfully enroll in and complete the aforementioned Life House University program.

(3) The United States Magistrate Judge shall arrange for defendant Brooks's immediate pre-sentencing release under the above condition, plus the standard conditions of pretrial release and any other conditions the magistrate judge determines are necessary and

appropriate. However, defendant Brooks shall not be released from detention until Life House University collects him or he is taken into custody by another jurisdiction. Upon defendant Brooks's release from federal custody, the supervising probation officer shall forthwith file a notice with the court indicating whether that release was to Life House University or the custody of another jurisdiction.

(4) On the first Tuesday of every other month beginning on December 2, 2025, defense counsel shall file periodic status reports updating the court on how defendant Brooks is faring, whether Brooks is still at Life House University or is in the custody of another jurisdiction, and how he is progressing with either the program or the resolution of his state criminal cases.

DONE, this the 22nd day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE