IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )       CRIMINAL ACTION NO.
     v.                      )          2:24cr441-MHT
                             )              (WO)
SHENARD KHAMARY BROOKS       )
```

ORDER

Based on the representations made on the record on March 17, 2026, it is ORDERED that:

(1) Defendant Shenard Khamary Brooks's motion to modify the conditions of his release (Doc. 83) is granted.

(2) Defendant Brooks's conditions of release (Doc. 70) are modified to the extent that defendant Brooks is no longer required to attend Life House University in Tuscumbia and, instead, shall comply with the following additional conditions:

(a) Defendant Brooks must live with his maternal aunt Chiquanda Brooks in Meridianville, Alabama.

(b) Defendant Brooks must maintain full-time

employment.

(c) Defendant Brooks must abide by his aunt's house rules, including: not using drugs; not possessing a firearm; not committing crimes; and helping around the house.  The court asks that his aunt, Ms. Brooks, immediately report defendant Brooks to his supervising probation officer and defense counsel if these conditions are not met.

(d) Defendant Brooks must attend Alcoholics Anonymous or Narcotics Anonymous meetings at least once a week.

(e) Defendant Brooks shall comply with the conditions of home detention with location monitoring. The supervising probation officer shall arrange for the implementation of defendant Brooks's home detention and location monitoring.

DONE, this the 18th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2