IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )        2:24cr441-MHT
                             )            (WO)
SHENARD KHAMARY BROOKS       )
```

ORDER

Upon consideration of defendant Shenard Khamary Brooks's motion to surrender his bond (Doc. 106), in which he states that he would like to begin serving his sentence immediately, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Shenard Khamary Brooks's appearance bond (Doc. 73) is revoked.

(3) Defendant Brooks shall surrender himself to the United States Marshals Service immediately.

DONE, this the 5th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE